**Order entered October 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01232-CR

**CHARLES WAYNE PHIFER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-1800169-H**

## ORDER

The State's second motion for an extension of time to file its brief is GRANTED and the

Clerk of the Court is hereby ordered to file the State's brief tendered to the Court.


/s/    LANA MYERS
        JUSTICE